# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01964-LTB-KLM

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership;
MOTOWN RECORD COMPANY, L.P., a California limited partnership;
WARNER BROS. RECORDS, INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California corporation;
UMG RECORDINGS, INC., a Delaware corporation; and
CAPITOL RECORDS, INC., a Delaware corporation,

       Plaintiffs,

v.

JOSEFA ESQUIBEL,

       Defendant.
_____

# ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal Without Prejudice (Doc 6 - filed February 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                               s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

Dated: February 6, 2008